# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIS MOORE,<br>      Petitioner,<br><br>      v.<br><br>THERESA CISNEROS, Warden,<br>      Respondent. | CV 21-2051 DSF (KES)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), Answer (Dkt. 10), Reply (Dkt. 17), the other records on file, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 18).  The Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections (Dkt. 22) have been made.  The Court overrules the objections, and accepts the report, findings, and recommendations of the Magistrate Judge.

    Judgment shall be entered denying the Petition.

    IT IS SO ORDERED.

Date: June 27, 2023

*Dale S. Fischer*
Dale S. Fischer
United States District Judge