JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVIS MOORE,<br>      Petitioner,<br><br>      v.<br><br>THERESA CISNEROS, Warden,<br>      Respondent. | CV 21-2051 DSF (KES)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is denied.

    IT IS SO ORDERED.

Date: June 27, 2023

                                          Dale S. Fischer
                                          United States District Judge